LaKisha REED, Appellant,

v.

SIOUX CHIEF MFG. COMPANY,
Defendant,

and

Division of Employment Security,
Respondent.

No. WD 67657.

Missouri Court of Appeals,
Western District.

Aug. 14, 2007.

Application for Transfer to Supreme Court
Denied Sept. 25, 2007.

LaKisha Reed, pro se.

Larry Raymond Ruhmann, Jefferson City, MO, for Respondent.

Before RONALD R. HOLLIGER, HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

*Order*

PER CURIAM.

LaKisha Reed appeals the Labor and Industrial Relations Commission's decision to disqualify her from unemployment benefits based on a finding that she was discharged for misconduct connected with work. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. Rule 84.16(b).